1   J. Paul Sizemore
    **Sizemore Taylor, LLP**
2   2101 Rosecrans Ave., Suite 5290
    El Segundo, CA 90245
3   Telephone: (310) 322-8800
    Fax: (310) 322-8811
4
    Attorneys for Plaintiffs
5

6

7

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>14 PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 15 This Document Relates To: | |
| 16 *Nancy Jones v. Pfizer Inc*<br>(05-4579 CRB)<br>17 | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 18 *Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.*<br>(05-4920 CRB) | |
| 19 *Richard Weber and Hattie Weber v. Merck &*<br>*Co., Inc. and Pfizer Inc*<br>20 (05-4921 CRB) | |
| 21 *Larry Vilmer and Nancy Vilmer v. Merck &*<br>*Co., Inc., Pfizer Inc*<br>22 (05-4926 CRB) | |
| 23 *Rolland Schach and Francis Schach v. Merck &*<br>*Co., Inc. and Pfizer Inc*<br>24 (05-4927 CRB) | |
| 25 *Richard Rupniewski and Sharon Rupniewski v.*<br>*Merck & Co., Inc. and Pfizer Inc*<br>26 (05-4928 CRB) | |
| 27 *Barbara Goddard and John Goddard v. Pfizer*<br>*Inc*<br>28 (05-5376 CRB) | |

-1-

1

2 *Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
*(05-5377 CRB)*

3

4 *John Ryan and Anna Ryan v. Pfizer Inc*
*(05-5378 CRB)*

5 *Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*

6 *(05-5379 CRB)*

7 *Mary McKinney v. Pfizer Inc*
*(05-5380 CRB)*

8

9 *William Banning and Kimberly Banning v. Pfizer Inc*
*(05-5381 CRB)*

10

11 *Garland Schnack and Eileen Schnack v. Pfizer Inc*
*(06-0431 CRB)*

12

13 *Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
*(06-0440 CRB)*

14

15 *Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
*(06-0444 CRB)*

16

17 *Sharon Walker v. Pfizer Inc*
*(06-0449 CRB)*

18 *Larry Redman v. Merck & Co., Inc. and Pfizer Inc*

19 *(06-0463 CRB)*

20 *Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*

21 *(06-3670 CRB)*

22 *Marsha S. Taylor, et al. v. Pfizer Inc*
*(06-3813 CRB)*

23

24 *Linda Rinche and Paul Rinche v. Pfizer Inc*
*(06-4832 CRB)*

25 *Jerry D. Crane and Connie M. Crane v. Pfizer Inc*

26 *(06-6778 CRB)*

27 *Matthew Champagne, et al. v. Pfizer Inc*
*(06-7405 CRB)*

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  *Annetta Papa v. Pfizer Inc*
   (06-7894 CRB)

2

3  *Ferrell Heeter and Judy Heeter v. Pfizer Inc*
   (06-7895 CRB)

4  *Ronald D. Sanburg, et al. v. Pfizer Inc*
   (06-7896 CRB)

5

6  *Dale D. Anderson v. Pfizer Inc and Merck &
   Co., Inc.*
   (07-0358 CRB)

7

8  *Elizabeth Streich, et al. v. Pfizer Inc*
   (07-0468 CRB)

9  *Owen Stevens and Geneva Stevens, his wife v.
   Pfizer Inc*

10  (07-1862 CRB)

11  *Dennis Sosebee and Louise Sosebee, his wife v.
    Pfizer Inc*

12  (07-1865 CRB)

13  *Render Godfrey and Beverly Godfrey, his wife
    v. Pfizer Inc*

14  (07-1867 CRB)

15

16  Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

17  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18  stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing

19  its own attorneys' fees and costs.

20

21  DATED: Jan 20 2010          By:

22                      **SIZEMORE TAYLOR, LLP**
                        2101 Rosecrans Ave., Suite 5290

23                      El Segundo, CA 90245
                        Telephone: (310) 322-8800

24                      Fax: (310) 322-8811

25                      *Attorneys for Plaintiffs*

26

27

28

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 1/28, 2010      By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: Feb. 2, 2011

Hon. Charles R. Breyer
United States District Court

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE